OPINION — AG — ** STUDENT — TRANSFERS — TUITION ** (1) " AN UNDERAGE PUPIL " CANNOT " BE LEGALLY TRANSFERRED " FROM ONE SCHOOL DISTRICT TO ANOTHER SCHOOL DISTRICT; (2) " AN UNDERAGE NONRESIDENT NONTRANSFERRED PUPIL " CANNOT " LEGALLY ATTEND SCHOOL WITHOUT PAYMENT OF TUITION "; (3) IT IS " REQUIRED BY LAW THAT TUITION FOR UNDERAGE OR OVERAGE NON RESIDENT NONTRANSFERRED STUDENTS BE USED AS A PART OF MINIMUM PROGRAM INCOME IN THE CALCULATION OF STATE AID FOR SCHOOL DISTRICTS ". (AVERAGE DAILY ATTENDANCE, SCHOOLS, CHILDREN, RESIDENCY, TUITION, ATTENDANCE) CITE: 70 O.S. 1-16 [70-1-16], 70 O.S. 8-1 [70-8-1] 70 O.S. 8-8 [70-8-8], 70 O.S. 8-9 [70-8-9], 70 O.S. 1-114 [70-1-114], 70 O.S. 8-101 [70-8-101], 70 O.S. 8-108 [70-8-108] (J. H. JOHNSON)